ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 NOV -7  AM 9: 49

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| FRED RUNYON, | ) |
| Plaintiff, | ) |
| v. | ) CV 105-145 |
| JOHN DOE and JANE DOE, | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff is **DENIED** permission to proceed *in forma pauperis* and this action is **DISMISSED** without prejudice.

SO ORDERED this 7th day of November, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

RUNYON                              )

vs                                  )         CASE NUMBER  CV105-145

DOE                                 )         DIVISION     AUGUSTA

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 11/07/05 _____, which is part of the official record of this case.

Date of Mailing:        11/07/05

Date of Certificate     [X] same date,    or  _____

Scott L. Poff, Clerk

By: _____
Joe Howell, Deputy Clerk

**Name and Address**

FRED RUNYON SERVED @ PRISON ADDRESS.

[ ] Copy placed in Minutes
[X] Copy given to Judge
[X] Copy given to Magistrate